**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-0449 (RDM) |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>PROPOSED ORDER</u>**

Upon consideration of Plaintiff's renewed motion for summary judgment, Defendant

Central Intelligence Agency's opposition, and the entire record herein it is hereby

ORDERED that Plaintiff's motion is GRANTED and it is further

ORDERED that Defendant CIA is hereby directed to process Plaintiff's Freedom of

Information Act request for responsive unsolicited records as soon as possible and provide

Plaintiff with a determination within 30 days of this Order.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE