UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et. al.*,<br><br>        Defendant. | Civil Action No. 19-0449 (RDM) |

## JOINT STATUS REPORT

Defendants Department of State ("State" or the "Department") and the Department of Energy ("DOE"), and Plaintiff Citizens for Responsibility and Ethics in Washington ("Plaintiff"), by and through undersigned counsel, respectfully provide the Court with the following status update:

1. Since Defendants' last update, Plaintiff and the Department of State have conferred regarding the processing of documents responsive to the filter terms the Court ordered the Department to use to narrow its search results in its April 9, 2021 Order (ECF No.66). The Parties have agreed, at Plaintiff's request, that the Department will continue to exclude four categories of records from its productions: (1) publicly available US Government reports produced by departments and agencies other than State; (2) reports that State is required to submit to Congress on an annual basis; (3) transcripts of press briefings, public remarks, and congressional testimony by Department officials; and (4) all materials related to Questions for the Record—to include spreadsheets listing incoming QFRs, taskings of the QFRs to department offices, draft responses, and the final responses that State submitted back to Congress.

2. On February 28, 2022, the State Department reported having processed 141 responsive pages during the month of February. State released 20 records in part and withheld 2 record in full.

Of the 22 records released in part or withheld in full, the Department withheld 87 pages in part pursuant to FOIA exemptions 1, 5, 6, and 7(c) 5 U.S.C. §§ 552 (b)(1), (b)(5), (b)(6), and (7)(c), or as non-responsive, and withheld 8 pages in full pursuant to FOIA exemptions 1, 5, and 6, 5 U.S.C. §§ 552 (b)(1), (b)(5), and (b)(6), or as non-responsive. The pages processed and released were responsive to the following filter terms within the Department's classified non-S/ES searches: (1) IP3; and (2) Marshall Plan. The Department's production also included documents maintained on the Department's classified system that S/ES returned in response to an internal request for records.

3. On March 31, 2022, the State Department reported having processed 347 responsive pages during the month of March. State released 2 records in full, 24 records in part and withheld 2 records in full. The remaining 4 records (43 pages) originated with another U.S. Government agency and have been referred to that agency for direct response to you. Of the 26 records released in part or withheld in full, the Department withheld 163 pages in part pursuant to FOIA exemptions 1, 4, 5, and 6, 5 U.S.C. §§ 552 (b)(1), (b)(4), (b)(5), and (b)(6), or as non-responsive, and withheld 119 pages in full pursuant to FOIA exemptions 1, 5, and 6, 5 U.S.C. §§ 552 (b)(1), (b)(5), and (b)(6), or as non-responsive. The pages processed and released were responsive to the following filter terms within the Department's unclassified non-S/ES searches: Westinghouse. The Department's production also included documents maintained on the Department's classified system that S/ES returned in response to an internal request for records.

4. Since its last update, the U.S. Department of Energy processed more than 1200 pages and produced the responsive, non-exempt portions therein on February 28, 2022 and March 31, 2022. Portions of those pages contained equities from the National Nuclear Security Administration ("NNSA"), U.S. International Trade Administration ("ITA"), the Export-Import Bank of the United States ("EXIM"), and State and those equities were transferred to NNSA, ITA, and State for review and release.

5.  Defendants will file their next status report on June 7, 2022.

Dated: April 11, 2022
Washington, DC

                    Respectfully submitted,

                    MATTHEW M. GRAVES, D.C. Bar. #481052
                    United States Attorney

                    BRIAN P. HUDAK
                    Acting Chief, Civil Division


By:      /s/
       PATRICIA K. MCBRIDE
       Assistant United States Attorney
       555 Fourth Street, NW
       Washington, DC 20530
       202-252-7123

*Attorneys for the United States of America*


   /s/ Anne L. Weismann
ANNE L. WEISMANN,
D.C. Bar No. 2981905335
Wisconsin Avenue, N.W., Suite 640
Washington, D.C., 20015
Phone: (301) 717-6610

*Counsel for Plaintiff*